IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22-CR-3073 |
| vs. | ORDER |
| GARY GRAHAM, | |
| Defendant. | |

This matter is before the Court on the defendant's objection (filing 54) to the Magistrate Judge's findings and recommendation (filing 38) recommending that the defendant's motions (filing 32; filing 33; filing 34) be denied. The Court has conducted a de novo review of the record pursuant to 28 U.S.C. § 636(b)(1). On its de novo review, the Court agrees with the Magistrate Judge's findings and recommendation, and will adopt them. Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (filing 38) are adopted.

2. The defendant's objection (filing 54) is overruled.

3. The defendant's motions to dismiss (filing 32; filing 33; filing 34) are denied.

Dated this 16th day of November, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge