IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>GARY GRAHAM<br><br>　　　　　　　　Defendant. | Case No. 4:22CR3073<br><br>ORDER |

Before the Court is the request for transcript of hearings held on June 27, 2022 regarding the initial appearance on indictment[11] and the review of detention hearing[44].

IT IS ORDERED:

1. The request for transcript, filing [68] is granted.

2. Tina Heng, is ordered to pay to the Clerk the amount of $119.90 ($59.95 for each hearing). Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $146.00, a refund check will be issued.

3. In addition, the request includes a CD of the audio of the hearings be prepared. The cost of each CD is $32.00, for a total of $64.00.

4. Upon receipt of these fees, the Clerk is ordered to prepare a transcript of the hearings held on June 27, 2022 and September 20, 2022, and burn a CD of each hearing to mail to the requestor. A paper copy of the transcript shall be mailed to the requestor once complete. A copy of this order should also be mailed to the requestor.

DATED: November 17, 2022

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Cheryl R. Zwart
　　　　　　　　　　　　　　　　　　United States Magistrate Judge