IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

GARY GRAHAM,

                Defendant.

4:22-CR-3073

ORDER

The defendant, sentenced last Thursday pursuant to a guilty plea, has filed a motion for judgment of acquittal. Filing 213. That motion will be denied.

A motion for judgment of acquittal may only be filed within 14 days after a guilty verdict or after the Court discharges the jury, whichever is later. Fed. R. Crim. P. 29(c)(1).[1] Here, there was no jury, and the defendant was adjudged guilty on January 25. Filing 184. Accordingly, the Court has no authority to grant his motion. *Carlisle v. United States*, 517 U.S. 416, 433 (1996).

Nor, for that matter, is there any basis for the defendant's motion. A post-verdict motion for judgment of acquittal puts in issue the sufficiency of the evidence to sustain the verdict. *United States v. Ford*, 726 F.3d 1028, 1033 (8th Cir. 2013). But in this case, the verdict of guilty is sustained by the defendant's plea of guilty. *See* filing 177; filing 178; filing 182.

The defendant's complaints about the prosecution of this case, and his retained counsel, are familiar. *See* filing 189. If he wants to pursue them, he should pursue them with the Court of Appeals.

---

[1] To the extent that the defendant's motion could be construed as a motion for new trial, that, too—because the defendant relies on purported evidence that was already known—must also be filed within 14 days of the verdict or finding of guilty. Fed. R. Crim. P. 33(b).

IT IS ORDERED that the defendant's motion for judgment of acquittal (filing 213) is denied.

Dated this 23rd day of April, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge