IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22-CR-3073 |
| vs. | ORDER |
| GARY GRAHAM, | |
| Defendant. | |

The defendant has filed a motion (filing 273) to "correct" the presentence report, claiming that he's being denied eligibility for early release by the Bureau of Prisons because of a 2-point enhancement that the Court actually "dismissed." That's incorrect. Pursuant to the plea agreement, the Court dismissed Count II of the indictment, which charged the defendant with being a felon in possession of a firearm. Filing 209. But the Court adopted the PSR, including a 2-point enhancement to the offense conduct pursuant to U.S.S.G. § 2D1.1(b)(1) for possessing a firearm in connection with Count I, conspiracy to distribute methamphetamine. Filing 206; filing 211 at 11.

The presentence report is correct, as is the Bureau of Prisons' reading of it. *Compare* filing 211 at 11, *with* filing 273 at 4. Accordingly,

IT IS ORDERED that the defendant's motion to correct the presentence report (filing 273) is denied.

Dated this 20th day of January, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge